**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| MARTHA GONZALEZ, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiffs, | § | CAUSE NO. 1:18-cv-00169-LY |
| v. | § § § | |
| CORECIVIC, INC., | § § § | |
| Defendant. | § | |

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendant CoreCivic, Inc., through counsel, respectfully requests an extension of time, until May 18, 2018, in which to file its response to Plaintiffs' Complaint (Doc. 1). A responsive pleading is currently due by April 11, 2018. An extension is needed to thoroughly review and respond to the approximately 140-paragraph Complaint, which seeks class certification and raises federal and state law claims. Counsel for Plaintiffs do not oppose this request.

/ / /

/ / /

/ / /

Dated: April 5, 2018　　　　　　　　　Respectfully submitted,

/s/ Daniel P. Struck
Daniel P. Struck *(pro hac vice)*
Rachel Love *(pro hac vice)*
Ashlee B. Hesman *(pro hac vice)*
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695

Allison Bowers, Bar No. 24006170
HUTCHESON BOWERS LLLP
Four Barton Skyway
1301 South Mopac, Suite 430
Austin, Texas 78746
Phone: (512) 777-4447
Fax: (512) 777-4497

Attorneys for Defendant CoreCivic, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Thomas H. Padgett, Jr. | tpadgett@buenkerlaw.com |
| Josef F. Buenker | jbuenker@buenkerlaw.com |
| Allison Bowers: | allison@hutchesonbowers.com |
| Daniel P. Struck | dstruck@strucklove.com |
| Rachel Love | rlove@strucklove.com |
| Ashlee B. Hesman | ahesman@strucklove.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

N/A

/s/ Daniel P. Struck
Daniel P. Struck

## Certificate of Conference

On the 4th day of April 2018, undersigned counsel conferred with opposing counsel concerning the relief sought in this Motion and was advised that opposing counsel did not oppose this Motion.

/s/ Daniel P. Struck
Daniel P. Struck

3446120.1