**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| MARTHA GONZALEZ, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiffs, | § § | CAUSE NO. 1:18-cv-00169-LY |
| v. | § § | |
| CORECIVIC, INC., | § § § | |
| Defendant. | § § | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT**

The Court has reviewed Defendant's Unopposed Motion to Extend Deadline For Defendant to Respond to Plaintiffs' Complaint and for good cause shown:

IT IS HEREBY ORDERED that the Unopposed Motion is granted;

IT IS FURTHER ORDERED that Defendant shall have until May 18, 2018 to respond to Plaintiffs' Complaint.

Signed: _____, 2018.

_____
LEE YEAKEL
United States District Judge

3446127.1