**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| MARTHA GONZALEZ, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiffs, | § § | CAUSE NO. 1:18-cv-00169-LY |
| v. | § § | |
| CORECIVIC, INC., | § § § | |
| Defendant. | § | |

**DEFENDANT CORECIVIC, INC.'S CORPORATE DISCLOSURE STATEMENT**

Defendant CoreCivic, Inc. ("CoreCivic"), through counsel, submits this Corporate Disclosure Statement in compliance with Federal Rule of Civil Procedure 7.1. A supplemental disclosure statement will be filed upon any change in the information provided herein.

1. CoreCivic is not a parent, subsidiary, or other affiliate of any other publicly owned corporation.

2. Upon information and belief, there is no other publicly owned corporation, not a party to this case, with a financial interest in the outcome.

/ / /

/ / /

/ / /

Dated:  April 5, 2018                    Respectfully submitted,

/s/ Daniel P. Struck
Daniel P. Struck *(pro hac vice)*
Rachel Love *(pro hac vice)*
Ashlee B. Hesman *(pro hac vice)*
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695

Allison Bowers, Bar No. 24006170
HUTCHESON BOWERS LLLP
Four Barton Skyway
1301 South Mopac, Suite 430
Austin, Texas 78746
Phone: (512) 777-4447
Fax: (512) 777-4497

Attorneys for Defendant CoreCivic, Inc.

3444254.1

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 5th day of April, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Thomas H. Padgett, Jr. | tpadgett@buenkerlaw.com |
| Josef F. Buenker | jbuenker@buenkerlaw.com |
| Allison Bowers: | allison@hutchesonbowers.com |
| Daniel P. Struck | dstruck@strucklove.com |
| Rachel Love | rlove@strucklove.com |
| Ashlee B. Hesman | ahesman@strucklove.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

  N/A

            /s/ Daniel P. Struck
            Daniel P. Struck