FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

18 MAY 16  PM 4:50

CLERK.U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

| | | |
|---|---|---|
| MARTHA GONZALEZ, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiffs, | § | CAUSE NO. 1:18-cv-00169-LY |
| v. | § § | |
| CORECIVIC, INC., | § § § | |
| Defendant. | § § | |

**ORDER GRANTING SECOND UNOPPOSED MOTION TO EXTEND**
**DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT**

The Court has reviewed Defendant's Second Unopposed Motion to Extend Deadline For

Defendant to Respond to Plaintiffs' Complaint and for good cause shown:

IT IS HEREBY ORDERED that the Unopposed Motion is granted;

IT IS FURTHER ORDERED that Defendant shall have until June 8, 2018 to respond to

Plaintiffs' Complaint.

Signed: _____May 16_____, 2018.

_____
LEE YEAKEL
United States District Judge

3462223.1