## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

FILED

18 MAY 29 PM 1:45

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**MARTHA GONZALEZ, individually and on behalf of all others similarly situated,**

-vs-

**CORECIVIC, INC.**

Case No.   1:18-cv-00169-LY

### ORDER

BE IT REMEMBERED on this the _____ day of _____, 20__, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by _____**Jacob B. Lee**_____ ("Applicant"), counsel for ___**Defendant CoreCivic, Inc.**___ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of _____**Defendant CoreCivic, Inc.**_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20__.

_____
UNITED STATES DISTRICT JUDGE