FILED

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

2018 JUN 20  AM 11: 23

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | | |
|---|---|---|
| MARTHA GONZALEZ, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § § | |
| | § | **CAUSE NO. 1:18-cv-169-LY** |
| v. | § § | |
| CORECIVIC, INC. | § § | |
| Defendant. | § | **A Jury is Demanded** |

## ORDER GRANTING EXTENSION

The Court grants Plaintiff's Unopposed Motion to Extend Submission and Response Date.

The Defendant's Motion to Dismiss shall be submitted on July 6, 2018. The Plaintiff's Response is due July 6, 2018.

Signed this _____ day of _July_____, 2018.

_____
Judge Presiding