**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

2018 JUL -5  PM 2: 31

| | | |
|---|---|---|
| **MARTHA GONZALEZ,**<br>**individually and on behalf of all**<br>**others similarly situated,** | § <br> § <br> § <br> § | |
| **Plaintiffs,** | § <br> § | **CAUSE NO. 1:18-cv-169-LY** |
| **v.** | § <br> § | |
| **CORECIVIC, INC.** | § <br> § | |
| **Defendant.** | § | **A Jury is Demanded** |

## ORDER GRANTING EXTENSION

The Court grants Plaintiff's Unopposed Motion to Extend Submission and Response Date.

The Defendant's Motion to Dismiss shall be submitted on July 24, 2018. The Plaintiff's Response is due July 24, 2018.

Signed this ____5th____ day of ____July____, 2018.

_____

Lee Yeakel

United States District Judge