# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

MARTHA GONZALEZ,                          §
individually and on behalf of all         §
others similarly situated,                §
                                          §
                                          §
    Plaintiffs,                           §
                                          §        CAUSE NO. 1:18-cv-169-LY
                                          §
v.                                        §
                                          §
CORECIVIC, INC.,                          §
                                          §
    Defendant.                            §                 A Jury is Demanded

## <u>ORDER</u>

The Motion to Dismiss filed by CoreCivic, Inc., is denied.

Signed this _____ day of _____, 2018.

_____
The Hon. Lee L. Yeakel III
United States District Judge