**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| MARTHA GONZALEZ, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiffs, | § § | CAUSE NO. 1:18-cv-00169-LY |
| v. | § § | |
| CORECIVIC, INC., | § § § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND RESPONSE TO PLAINTIFF'S ALTERNATIVE MOTION FOR LEAVE TO AMEND**

The Court has reviewed Defendant's Unopposed Motion for Extension of Time to File Reply in Support of Motion to Dismiss and Response to Plaintiff's Alternative Motion for Leave to Amend and for good cause shown:

IT IS HEREBY ORDERED that the Unopposed Motion is granted;

IT IS FURTHER ORDERED that Defendant shall have until August 30, 2018 to file its Reply in support of its Motion to Dismiss and Response to Plaintiff's Alternative Motion for Leave to Amend.

Signed: _____, 2018.

_____
LEE YEAKEL
United States District Judge

3481815.1