FILED

JUL 2 6 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

MARTHA GONZALEZ, individually and on §
behalf of all others similarly situated, §
                                        §
                    Plaintiffs,         §     CAUSE NO. 1:18-cv-00169-LY
                                        §
v.                                      §
                                        §
CORECIVIC, INC.,                        §
                                        §
                    Defendant.          §

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND RESPONSE TO
PLAINTIFF'S ALTERNATIVE MOTION FOR LEAVE TO AMEND**

The Court has reviewed Defendant's Unopposed Motion for Extension of Time to File

Reply in Support of Motion to Dismiss and Response to Plaintiff's Alternative Motion for Leave

to Amend and for good cause shown:

IT IS HEREBY ORDERED that the Unopposed Motion is granted;

IT IS FURTHER ORDERED that Defendant shall have until August 30, 2018 to file its

Reply in support of its Motion to Dismiss and Response to Plaintiff's Alternative Motion for

Leave to Amend.

Signed: _July 25_____, 2018.

_____
LEE YEAKEL
United States District Judge