## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| MARTHA GONZALEZ, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiffs, | § § | CAUSE NO. 1:18-cv-00169-LY |
| v. | § § | |
| CORECIVIC, INC., | § § | |
| Defendant. | § § § | |

## ORDER DENYING PLAINTIFF'S ALTERNATIVE MOTION FOR LEAVE TO AMEND

The Court has reviewed Plaintiff's Alternative Motion for Leave to Amend and Defendant's Response, and for good cause shown:

IT IS HEREBY ORDERED that Plaintiff's Alternative Motion for Leave to Amend is denied.

Signed: _____, 2018.

_____
LEE YEAKEL
United States District Judge

3494168.1