**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| MARTHA GONZALEZ, individually and on behalf of all others similarly situated, | §<br>§<br>§ | |
| Plaintiffs, | § | CAUSE NO. 1:18-cv-00169-LY |
| | § | |
| v. | § | |
| | § | |
| CORECIVIC, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER CERTIFYING MARCH 1, 2019 ORDER FOR INTERLOCUTORY APPEAL

The Court has reviewed Defendant's Motion to Certify for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b), Plaintiffs' Response, and Defendant's Reply, and for good cause shown:

IT IS HEREBY ORDERED that Defendant's Motion is granted.  The Court certifies for interlocutory appeal the following issue: "Whether the TVPA applies to work programs in federal immigration detention facilities." All proceedings in this matter are stayed until the appeal is finally resolved.

Signed: _____, 2019.

_____
LEE YEAKEL
United States District Judge

3559766.1