# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| MARTHA GONZALEZ, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiffs, | § § | CAUSE NO. 1:18-cv-00169-LY |
| v. | § § | |
| CORECIVIC, INC., | § § | **Demand for Jury Trial** |
| Defendant. | § § § | |
| CORECIVIC, INC., | § § § | |
| Counter-Claimant, | § § | CAUSE NO. 1:18-cv-00169-LY |
| v. | § § § | |
| MARTHA GONZALEZ, individually and on behalf of all others similarly situated, | § § § | **Demand for Jury Trial** |
| Counter-Defendant. | § § | |

## [PROPOSED] SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following scheduling order.

IT IS ORDERED THAT:

1.    The parties shall file all amended or supplemental pleadings and shall join additional parties on or before August 2, 2019.

2.    Plaintiff/Counter-Defendant shall file and serve on all other parties their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all other parties, but not file, the materials required by Federal Rule of Civil Procedure

26(a)(2)(B) on or before May 1, 2020. Defendant/Counter-Claimant shall file and serve on all other parties their designations of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all other parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before June 12, 2020. All designations of rebuttal experts shall be filed and served on all other parties, and the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, shall be served, but not filed, on all other parties on or before July 24, 2020.

3.      The parties shall complete discovery related to class certification on or before September 4, 2020. All motions for class certification shall be filed and served on all other parties on or before October 16, 2020.

4.      Plaintiff/Counter-Defendant shall submit a written offer of settlement to opposing parties not later than 14 days after the Court rules on any motions for class certification that are filed, and each opposing party shall respond, in writing, not later than 14 days after receipt of such offer. All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further ORDERED to retain the written offers of settlement and responses as the Court will use these in assessing attorney's fees and court costs at the conclusion of trial.

5.      A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed not later than 14 days after Plaintiff/Counter-Defendant's receipt of Defendant/ Counter-Claimant's written response to the offer of settlement.

6.      Any objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than 14 days of receipt of the written report

of the expert's proposed testimony or not later than 14 days of the expert's deposition, if a deposition is taken, whichever is later. **The failure to strictly comply with this paragraph will be deemed a waiver of any objection that could have been made pursuant to Federal Rule of Evidence 702.**

7.      The parties shall complete discovery related to the merits of the claims and counter-claims not later than 120 days after the Court rules on any motions for class certification that are filed.  Counsel may, by agreement, continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

8.      All dispositive motions shall be filed and served on all other parties not later than 45 days after the close of discovery related to the merits of the claims and counter-claims and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 14 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

**The parties shall not complete the following paragraph 9. It will be completed by the Court at the initial pretrial conference to be scheduled by the Court.**

9.      This case is set for final pretrial conference, in chambers, on the _____ day of _____, 20_____, at _____ and _____ trial in the month of _____ 20_____. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference.

- 4 -

SIGNED this _____ day of _____, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

AGREED:

Thomas H. Padgett, Jr.                    Jacob B. Lee

/s/ Thomas H. Padgett, Jr. (with permission)    /s/ Jacob B. Lee
Signature                                 Signature

ATTORNEY FOR PLAINTIFF/COUNTER-    ATTORNEY FOR DEFENDANT/COUNTER-
RESPONDENT                        CLAIMANT

3564358.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Thomas H. Padgett, Jr. | tpadgett@buenkerlaw.com |
| Josef F. Buenker | jbuenker@buenkerlaw.com |
| Allison Bowers: | allison@hutchesonbowers.com |
| Daniel P. Struck | dstruck@strucklove.com |
| Rachel Love | rlove@strucklove.com |
| Ashlee B. Hesman | ahesman@strucklove.com |
| Vijay Anand Pattisapu | vijay@buenkerlaw.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

N/A

/s/ Jacob B. Lee
Jacob B. Lee