# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| MARTHA GONZALEZ, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| | § | CAUSE NO. 1:18-cv-169-LY |
| v. | § § | |
| CORECIVIC, INC. | § § | |
| Defendant. | § § | A Jury is Demanded |

## ORDER GRANTING EXTENSION

The Court grants Plaintiff's Unopposed Motion to Extend Submission and Response Date.

The Defendant's Motion to Certify Interlocutory Appeal shall be submitted on April 8, 2019. The Plaintiff's Response is due April 8, 2019.

Signed this _25th_ day of _March_, 2019.

_____

Lee Yeakel

United States District Judge