**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| MARTHA GONZALEZ, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiffs, | § | CAUSE NO. 1:18-cv-00169-LY |
| | § | |
| v. | § | |
| | § | |
| CORECIVIC, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |
| CORECIVIC, INC., | § | |
| | § | |
| Counter-Claimant, | § | CAUSE NO. 1:18-cv-00169-LY |
| | § | |
| v. | § | |
| | § | |
| MARTHA GONZALEZ, individually and on behalf of all others similarly situated, | § § | |
| | § | |
| Counter-Defendant. | § | |

## ORDER GRANTING CORECIVIC'S
## MOTION TO STAY ALL PROCEEDINGS

The Court has reviewed Defendant/Counter-Claimant CoreCivic, Inc.'s Motion to Stay All Proceedings, Plaintiff's Response, and CoreCivic's Reply, and for good cause shown:

IT IS HEREBY ORDERED that CoreCivic's Motion is granted. All proceedings in this matter are stayed until class certification in *Owino v. CoreCivic, Inc.*, 17-cv-1112-JLS-NLS (S.D. Cal.) is finally resolved.

Signed: _____, 2019.

_____
LEE YEAKEL
United States District Judge