# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **MARTHA GONZALEZ,** | § | |
| **individually and on behalf of all** | § | |
| **others similarly situated,** | § | |
| | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CAUSE NO. 1:18-cv-169-LY** |
| **v.** | § | |
| | § | |
| **CORECIVIC, INC.** | § | |
| | § | |
| **Defendant.** | § | **A Jury is Demanded** |

## <u>PROPOSED ORDER DENYING MOTION</u>
## <u>TO CERTIFY INTERLOCUTORY APPEAL</u>

The motion to certify an interlocutory appeal (Docket 30) is denied.

Signed this _____ day of _____, 2019.

_____

Lee Yeakel
United States District Judge