# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

MARTHA GONZALEZ, §
individually and on behalf of all §
others similarly situated, §
§
§
    Plaintiffs, §
§         CAUSE NO. 1:18-cv-169-LY
v. §
§
CORECIVIC, INC. §
§
    Defendant. §         A Jury is Demanded

## PROPOSED ORDER DENYING MOTION
## TO STAY ALL PROCEEDINGS

CoreCivic, Inc.'s Motion to stay all proceedings is denied.

This case will proceed on the scheduling order entered by the Court.

Signed this _____ day of _____, 2019.

_____
Lee Yeakel
United States District Judge