# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 19-90017
_____

MARTHA GONZALEZ, individually and on behalf of all others similarly situated,

     Plaintiff - Respondent

v.

CORECIVIC, INCORPORATED,

     Defendant - Petitioner

_____

Motion for Leave to Appeal
from an Interlocutory Order
_____

Before DENNIS, ELROD, and DUNCAN, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the motion for leave to appeal from the interlocutory order of the United States District Court of the Western District of Texas, entered on June 10, 2019, is GRANTED.



**A True Copy**
**Certified order issued Jul 25, 2019**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

## *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 25, 2019

TO:  All Counsel and Parties Listed Below

      Misc. No. 19-90017   Martha Gonzalez v. CoreCivic,
                         Incorporated
                         USDC No. 1:18-CV-169

Enclosed is a copy of the court's order granting the motion(s) for leave to appeal.  The case is transferred to the court's general docket.  All future inquiries should refer to docket No. 19-50691.

Unless the district court has granted you leave to proceed on appeal in forma pauperis, the appellant(s) should immediately pay the court of appeals' $505.00 docketing fee to the clerk of the district court, and notify this office of your payment within 14 days from the date of this letter.  If you do not, we will dismiss the appeal, see 5TH CIR. R. 42.3.

Counsel desiring to appear in this case must electronically file a "Form for Appearance of Counsel", naming each party you represent, within 14 days from the date of this letter.  The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, we will remove your name from the docket.  Pro se parties do not need to file an appearance form.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Roeshawn A. Johnson, Deputy Clerk
                    504-310-7998

Mr. Nicholas D. Acedo
Mr. Josef Franz Buenker
Mr. Iain Gordon Simpson

Enclosure(s)

cc:  Ms. Jeannette Clack