IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2021 FEB 26  PM 12: 19

CLERK U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____

| | | |
|---|---|---|
| MARTHA GONZALEZ, INDIVIDUALLY | § | |
| AND ON BEHALF OF ALL OTHERS | § | |
| SIMILARLY SITUATED, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:18-CV-169-LY |
| | § | |
| CORECIVIC, INC., | § | |
| DEFENDANT. | § | |

## ORDER

On June 10, 2019, the court rendered an Order granting Defendant CoreCivic, Inc.'s Motion to Certify for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) and Motion to Stay all Proceedings (Doc. #42). On January 20, 2021, the Fifth Circuit affirmed this court's denial of CoreCivic, Inc.'s motion to dismiss. *Martha Gonzalez v. CoreCivic, Inc.*, No. 19-50691 (5th Cir. Jan. 20, 2021). Accordingly,

**IT IS ORDERED** that the stay in this cause of action imposed by the court on June 10, 2019 (Doc. #42) is **LIFTED**.

**IT IS FURTHER ORDERED** that the parties shall meet an confer and submit to the court a Proposed Agreed Scheduling Order, in accordance with Federal Rule of Civil Procedure 26(f), that follows the form scheduling order of this court located on the website for the United States District

Court for the Western District of Texas (www.txwd.uscourts.gov), the "Forms" tab, "Civil," "Austin

Division," "Proposed Scheduling Order for Judge Yeakel," **on or before March 12, 2021**.

SIGNED this _____ day of February, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE