IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MARTHA GONZALEZ, individually and
on behalf of all others similarly situated;

*Plaintiff*

VS.

CORECIVIC, INC.,

*Defendant*

§
§
§
§
§
§
§
§
§
§
§

Case No.  1:18-CV-00169-LY

## ORDER SETTING INITIAL PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for an INITIAL PRETRIAL CONFERENCE by telephone on **Wednesday, April 14, 2021, at 2:00 PM CDT.** The parties shall provide the court with their direct telephone numbers **on or before 12:00 PM CDT, on date before hearing**, via email to Courtroom Deputy Clerk, Samantha Oakes at Samantha_Oakes@txwd.uscourts.gov.

The parties' proposed scheduling order is tentatively approved and the parties shall comply with the dates set forth in paragraphs 1 through 7 of such proposed order pending the initial pretrial conference.

At the initial pretrial conference, the Court will schedule a final pretrial conference and set a trial month.

SIGNED this 29th day of March, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE