# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **MARTHA GONZALEZ,** individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| | § | CAUSE NO. 1:18-cv-169-LY |
| v. | § § | |
| **CORECIVIC, INC.** | § § | |
| Defendant. | § | A Jury is Demanded |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Martha Gonzalez, plaintiff and counter-defendant, and CoreCivic, Inc., defendant and counter-plaintiff, file this joint motion to dismiss without prejudice. All elements of Rule 41(a), Fed. R. Civ. P. have been met. There are no dispositive motions on file and the parties have agreed to this dismissal. The parties pray that the court grant their joint motion and dismiss the case without prejudice.

Respectfully Submitted,

**THE BUENKER LAW FIRM**

*/s/ Thomas H. Padgett, Jr.*
Thomas H. Padgett, Jr.
Attorney-in-Charge
TBA No. 15405420
tpadgett@buenkerlaw.com
Josef F. Buenker
TBA No. 03316860
jbuenker@buenkerlaw.com

P.O. Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile

**ATTORNEYS FOR
PLAINTIFF and CLASS MEMBERS**


**Struck Love Bojanowski & Acedo, PLC**

<u>/s/ *Daniel P. Struck* \*</u>
\* Signed with permission
Daniel P. Struck (*pro hac vice*)
Rachel Love (*pro hac vice*)
Ashlee B Hesman (*pro hac vice*)
Jacob B. Lee (*pro hac vice*)
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Ph:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com


Allison Bowers
SBOT:  24006170
Hutcheson Bowers, LLP
Four Barton Skyway
1301 South Mopac, Suite 430
Austin, Texas 78746
Ph:  (512) 777-4447
Fax:  (512) 777-4497
allison@hutchesonbowers.com

## **CERTIFICATE OF SERVICE**

This certifies that a true and correct copy of this pleading was served via the Courts electronic filing service, of which defense counsel is subscribed, on this 14th day of March, 2022.

*/s/ Thomas H. Padgett, Jr.*
Thomas H. Padgett, Jr.
