# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **MARTHA GONZALEZ,** individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CAUSE NO. 1:18-cv-169-LY |
| **CORECIVIC, INC.** | § § § | |
| Defendant. | § | A Jury is Demanded |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court hereby dismisses this case without prejudice. Each party will bear its own costs and attorney's fees.

Signed this _____ day of _____, 2022.

_____
Lee Yeakel
United States District Court