**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**MARTHA GONZALEZ,** §
**individually and on behalf of** §
**all others similarly situated,** §
§
    **Plaintiffs,** §
§
§       **CAUSE NO. 1:18-cv-169-LY**
**v.** §
§
**CORECIVIC, INC.** §
§
    **Defendant.** §       **A Jury is Demanded**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court hereby dismisses this case without prejudice. Each party will bear its own costs and attorney's fees.

Signed this 14th day of March, 2022.

_____
Lee Yeakel
United States District Court