IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MARTHA GONZALEZ, INDIVIDUALLY §<br>AND ON BEHALF OF ALL OTHERS §<br>SIMILARLY SITUATED, §<br>              PLAINTIFF, §<br>§<br>V. §<br>§<br>CCORECIVIC, INC., §<br>              DEFENDANT. § | CAUSE NO. 1:18-CV-169-LY |

**FINAL JUDGMENT**

Before the court is the above entitled cause of action. On March 14, 2022, the parties filed a Joint Motion to Dismiss without Prejudice (Doc. #52), which the court granted by separate order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _14th_ day of March, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE